# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145888

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY A. HOBBS,
      Defendant-Appellant.

SC: 145888
COA: 306002
Macomb CC: 2003-002588-FC

_____/

      On order of the Court, the application for leave to appeal the May 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012 _____

s1217

_____
Clerk